**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DINAH YUKICH
c/o JESSICA P. WEBER
BROWN, GOLDSTEIN & LEVY, LLP
120 E. BALTIMORE ST., SUITE 2500
BALTIMORE, MD 21202

*Plaintiff*,

v.

UNITED STATES FENCING ASSOCIATION
210 USA CYCLING POINT, SUITE 120
COLORADO SPRINGS, CO 80919

JESSICA SAXON
85 BOSTON ROAD
PENNSVILLE, NJ 08070

*Defendants*.

Case No:

**CERTIFICATE OF NOTICE TO ALL ADVERSE PARTIES OF REMOVAL AND OF FILING A COPY OF SUCH NOTICE IN STATE COURT**

Petitioners/Defendants, United States Fencing Association and Jessica Saxon, being the removing Parties herein, by and through their undersigned attorneys, and pursuant to 28 U.S.C. §1446(d), hereby certify that on the 19th day of August, 2026 written notice of the removal of this action was e-filed and served via the court's electronic filing system, (CM/ECF) and/or sent via first-class mail, postage pre-paid, to the following: Jessica P. Weber, Esq., Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Suite 2500, Baltimore, MD 21202, *Attorney for Plaintiff*, such being Notice to all adverse parties. A true copy of such written notice along with a copy of the Notice of Removal was e-filed via the Maryland Electronic Court filing system, (MDEC) with the Civil Clerk of the Circuit Court for Prince George's County, Maryland.

Respectfully submitted,

/s/ Imoh E. Akpan

Imoh E. Akpan (#30070)
Andrea Olsen-Leyden (#21193)
Goldberg Segalla, LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Ph: (443) 615-7516
Fx: (443) 615-7599
iakpan@goldbergsegalla.com
aolsenleyden@goldbergsegalla.com
*Attorneys for United States Fencing Association a/k/a as USA Fencing and Jessica Saxon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August 2026, a copy of the foregoing Certificate of Notice to All Adverse Parties of Removal and Filing a Copy of Such Notice in State Court was e-filed and served via the court's electronic filing system, (CM/ECF) and/or sent via first-class mail, postage pre-paid, to the following: Jessica P. Weber, Esq., Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Suite 2500, Baltimore, MD 21202, *Attorney for Plaintiff*.

/s/ Imoh E. Akpan

Imoh E. Akpan #30070