**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DINAH YUKICH
c/o JESSICA P. WEBER
BROWN, GOLDSTEIN & LEVY, LLP
120 E. BALTIMORE ST., SUITE 2500
BALTIMORE, MD 21202

*Plaintiff*,

v.

UNITED STATES FENCING ASSOCIATION
210 USA CYCLING POINT, SUITE 120
COLORADO SPRINGS, CO 80919

JESSICA SAXON
85 BOSTON ROAD
PENNSVILLE, NJ 08070

*Defendants*.

Case No:

**RULE 103.5 CERTIFICATE**

Attorneys for the removing Parties, United States Fencing Association and Jessica Saxon, hereby certify that true and legible copies of all process, pleadings, documents and orders served on them are attached as **Exhibit A**, consisting of (1) Writ of Summons, (2) Complaint and (3) Civil Cover Information Sheet.

All other documents on file with the state court will be obtained and filed with this Honorable Court within thirty (30) days.

Respectfully submitted,

/s/ Imoh E. Akpan

Imoh E. Akpan (#30070)
Andrea Olsen-Leyden (#21193)
Goldberg Segalla, LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Ph: (443) 615-7516
Fx: (443) 615-7599
iakpan@goldbergsegalla.com
aolsenleyden@goldbergsegalla.com
*Attorneys for United States Fencing Association a/k/a as USA Fencing and Jessica Saxon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August 2026, a copy of the foregoing Local Rule 103.5 Certificate was e-filed and served via the court's electronic filing system, (CM/ECF) and/or sent via first-class mail, postage pre-paid, to the following: Jessica P. Weber, Esq., Brown, Goldstein & Levy, LLP, 120 E. Baltimore St., Suite 2500, Baltimore, MD 21202, *Attorney for Plaintiff*.

/s/ Imoh E. Akpan
Imoh E. Akpan #30070